IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER J. VALIANTE, ) | 8:14cv56 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION FOR DISMISSAL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the counsel for the Plaintiff and Defendant hereby stipulate and agree that the above case be dismissed with prejudice to a future action.

PETER J. VALIANTE, Plaintiff

By: _____
E. Terry Sibbernsen #13826
SIBBERNSEN, STRIGENZ
& SIBBERNSEN, P.C.
1111 N. 102nd Court, #330
Omaha, NE 68114
(402) 493-7221
ATTORNEY FOR PLAINTIFF

Dated: 7/20/15

UNITED STATES OF AMERICA,
Defendant

DEBORAH R. GILG
United States Attorney
District of Nebraska

By: _____
TIMOTHY R. HOOK #24529
DONALD J. KLEINE #22669
Assistant U.S. Attorney
1620 Dodge Street, Ste. #1400
Omaha, NE 68102-1506
(402) 661-3700
ATTORNEY FOR DEFENDANT

Dated: 7/20/15