IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER J. VALIANTE, | ) | 8:14cv56 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came on for hearing upon the Stipulation filed by the plaintiff and defendant for an order dismissing the above action.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above action be, and the same is hereby dismissed, with prejudice to a future action, and each party to pay their own costs.

DATED this 22nd day of July, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Court Judge